08 CRIM.      421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :        SEALED INDICTMENT
        - v. -                      :
                                    :        08 Cr.
EDWIN ORTIZ, JR.,                   :
        a/k/a "Mag,"                :
HECTOR MUNIZ,                       :
        a/k/a "Vic,"                :
        a/k/a "Hec Tec,"            :
STEVEN ORTIZ,                       :
        a/k/a "Dirty Red," and      :
RICHARD ORTIZ,                      :
        a/k/a "Red Head Richie,"    :
                                    :
                Defendants.         :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008

COUNT ONE

The Grand Jury charges:

1.    From in or about at least 2007, up to and
including in or about May 2008, in the Southern District of New
York and elsewhere, EDWIN ORTIZ, JR., a/k/a "Mag," HECTOR MUNIZ,
a/k/a "Vic," a/k/a "Hec Tec," STEVEN ORTIZ, a/k/a "Dirty Red,"
and RICHARD ORTIZ, a/k/a "Red Head Richie," the defendants, and
others known and unknown, unlawfully, intentionally, and
knowingly did combine, conspire, confederate, and agree together
and with each other to violate the narcotics laws of the United
States.

2.    It was a part and an object of the conspiracy that
EDWIN ORTIZ, JR., a/k/a "Mag," HECTOR MUNIZ, a/k/a "Vic," a/k/a

"Hec Tec," STEVEN ORTIZ, a/k/a "Dirty Red," and RICHARD ORTIZ, a/k/a "Red Head Richie," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about April 24, 2008, in the vicinity of 174th Street and Fteley Street, Bronx, New York, EDWIN ORTIZ, JR., a/k/a "Mag," sold crack cocaine to an undercover officer working for the New York City Police Department.

b.    On or about March 11, 2008, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, HECTOR MUNIZ, a/k/a "Vic," a/k/a "Hec Tec," sold crack cocaine to an undercover officer working for the New York City Police Department.

c.    On or about March 20, 2008, in the vicinity of 1440 Bronx River Avenue, Bronx, New York, STEVEN ORTIZ, a/k/a "Dirty Red," sold crack cocaine to an undercover officer working

for the New York City Police Department.

        d.   From in or about at least 2007, up to and including in or about May 2008, in the vicinity of the Bronx River Houses, a housing project located in the Bronx, New York, RICHARD ORTIZ, a/k/a "Red Head Richie," sold crack cocaine to customers.

        (Title 21, United States Code, Section 846.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**EDWIN ORTIZ, JR.,
a/k/a "Mag,"
HECTOR MUNIZ,
a/k/a "Vic,"
a/k/a "Hec Tec,"
STEVEN ORTIZ,
a/k/a "Dirty Red," and
RICHARD ORTIZ,
a/k/a "Red Head Richie,"**


**Defendants.**

---

**INDICTMENT**

08 Cr.

(Title 21, United States Code,
Section 846)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

---