```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

     - v -                            :    08 Cr. 421

EDWIN ORTIZ, JR.,                     :
     a/k/a "Mag,"
HECTOR MUNIZ,                         :
     a/k/a "Vic,"
     a/k/a "Hec Tec,"                 :
STEVEN ORTIZ,
     a/k/a "Dirty Red," and           :
RICHARD ORTIZ,
     a/k/a "Red Head Richie,"         :

               Defendants.            :

- - - - - - - - - - - - - - - - - - - x
```

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

The Court, having been advised that the above-referenced defendants have been arrested on warrants issued by this Court, hereby orders that Indictment 08 Cr. 421 may be unsealed.

Dated: May 21, 2008

*/s/ Ronald Ellis*
_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08