

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICHARD ORTIZ,<br>a/k/a "Red Head Richie," | DOCKET NO.  MAGISTRATE'S CASE NO.<br>**08 CRIM. 421**<br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>RICHARD ORTIZ,<br>a/k/a "Red Head Richie," |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>☒ Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY<br>NEW YORK |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Narcotics conspiracy

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: ]*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>5/13/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>5/21/08 | SA Kevin Cochran | *[signature]* |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.