UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA   )
                           )
          v.               ) **NOTICE OF APPEARANCE AND REQUEST**
                           ) **FOR ELECTRONIC NOTIFICATION**
                           ) **08 Cr. 421**
EDWIN ORTIZ, JR., et al.   )
                           )
          Defendant.       )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs Lauren M. Ouziel and Margaret Garnett and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York

by:   /s/
      Daniel S. Goldman
      Assistant United States Attorney
      (212) 637-2289