UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDWIN ORTIZ JR., et al. )<br>)<br>        Defendants. ) | **ECF CASE**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**08 Cr. 421 (LMM)** |

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
         August 22, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York


                          By:   s/Jillian B. Berman
                              Assistant United States Attorney
                              W: (212) 637-2197
                              F: (212) 637-0084
                              Jillian.b.berman@usdoj.gov

TO:   Defense Counsel

<u>CERTIFICATE OF SERVICE</u>

Jillian B. Berman deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on August 22, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to the following Counsel of Record:

Martin Geduldig, Esq
400 S. Oyster Bay Road, Suite 304
Hicksville, NY 11801
(718)-343-8989
Fax: (516)-937-1456
Email: geduldig@optonline.net

Jonathan Marks P.C.
220 5th Avenue
3rd Floor
New York, NY 10001
(212) 545-8008
Fax: (212) 889-3595
Email: jonmarkspc@gmail.com

David S Greenfield
100 Lafayette Street
Suite 502
New York, NY 10013
(212) 481-9350
Fax: (212) 571-5507
Email: greenfield4defense@yahoo.com

Richard Lind Attorney at Law
641 Lexington Avenue, 18th. Floor
New York, NY 10021
212 888-7725
Fax: 212 371 2961
Email: rlindesq@aol.com

       I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

                               By:    s/Jillian B. Berman
                                      Jillian B. Berman
                                      Assistant United States Attorney

Executed on:  August 22, 2008
                  New York, New York