UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,           :    S(4) 08 Cr. 421 (LMM)

      - against -                     :    MEMORANDUM AND ORDER

RICHARD ORTIZ,                      :

              Defendant.      :

------------------------------------x

McKENNA, D.J.

      The above defendant seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The motion is denied because the amended guideline does not change defendant's Guidelines sentence range.

SO ORDERED.

Dated: March 6, 2012

                                    Lawrence M. McKenna
                                       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2012

COPIES MAILED TO COUNSEL MAR - 6 2012